01

02

03

04

05

06              UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                   AT SEATTLE

08 UNITED STATES OF AMERICA,    **)**
                           **)**   CASE NO. CR25-53
09       Plaintiff,           **)**
                           **)**
10       v.                  **)**
                           **)**   DETENTION ORDER
11 PERCY LEVY,             **)**
                           **)**
12       Defendant.         **)**
                           **)**

13

14 <u>Offenses charged</u>:

15    1.  Conspiracy to Distribute Controlled Substances

16    2.  Unlawful Possession of a Firearm

17    3.  Possession of a Firearm in Furtherance of a Drug Trafficking Crime

18 <u>Date of Detention Hearing</u>:   May 14, 2025.

19       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and

20 based on the factual findings and statement of reasons for detention hereafter set forth, finds

21 that no condition or combination of conditions which defendant can meet will reasonably assure

22 the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).   Defendant is charged as the leader of a drug trafficking conspiracy involving fentanyl and cocaine, which were found in his residence along with a firearm. He was under state supervision at the time of the alleged offenses.

2.    Defendant poses a risk of flight because he has multiple failures to appear, appears to have resources to fund flight, and is facing a 15 year mandatory minimum term of imprisonment which provides an incentive to flee.   Defendant poses a danger to the community based on the nature of the instant offense involving the distribution of large amounts of controlled substances including fentanyl and cocaine, possession of a firearm, and his extensive criminal history.

3.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person

01    in charge of the corrections facility in which defendant is confined shall deliver the

02    defendant to a United States Marshal for the purpose of an appearance in connection with a

03    court proceeding; and

04    4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

05    the defendant, to the United States Marshal, and to the United State Probation Services

06    Officer.

07        DATED this 14th Day of May, 2025.

08

09                              S. KATE VAUGHAN
                              United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3