Hon. John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PERCY LEVY,<br><br>    Defendant. | No. CR 25 – 053 JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS DEFENDANT'S ATTORNEY & FOR APPOINTMENT OF SUBSTITUTE COUNSEL |

Appointed counsel's motion to withdraw as defendant's attorney and for appointment of substitute counsel came on regularly for hearing, and, the Court being fully advised, GRANTS the motion, orders that Stephan R. Illa is terminated as defendant's counsel, and directs CJA Administration to locate substitute counsel for Mr. Levy.

ORDERED this 29th day of August, 2025.

_____
Hon. John H. Chun
U.S. District Court Judge

ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS DEFENDANT'S ATTORNEY & FOR APPOINTMENT OF SUBSTITUTE COUNSEL – 1

US v. Levy, CR 25 – 053 JHC

Law Offices of Stephan R. Illa, P.S.
P.O. Box 10033
Bainbridge Island, WA 98110
(206) 817-4142

1  Presented by:

2  LAW OFFICES OF STEPHAN R. ILLA

4  Stephan R. Illa
       WSBA No. 15793
5     Attorney for Defendant

23  ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS DEFENDANT'S ATTORNEY & FOR APPOINTMENT OF SUBSTITUTE COUNSEL – 2

24

US v. Levy, CR 25 – 053 JHC

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA  98110
(206) 817-4142