HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT O. BAGGETT and PERCY LEVY,<br><br>Defendants. | Cause No. 25-0053JHC<br><br>**ORDER CONTINUING TRIAL** |

THE COURT has considered Defendant Levy's motion for the continuation of his trial date from October 14, 2025. Defense Counsel has indicated by way of his motion that he requires additional time to consult with his client and to prepare the case for trial. The Government and the co-defendant have indicated that they will not oppose this request. The Court has indicated that it will be available on June 8, 2026; to try the case the parties have agreed to that date. Based upon Defense Counsel's motion, the Court finds that the ends of justice will be served

ORDER CONTINUING TRIAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

by ordering a continuance in this case, that a continuance is necessary to ensure Defense Counsel sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendants in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

THE COURT further finds that the period of time from the date of this order to the new trial date of June 8, 2026, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to June 8, 2026, and the Pre-trial Motions due date is continued to April 27, 2026.

DONE this 23rd day of September, 2025

_____
HON. JOHN H. CHUN
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER CONTINUING TRIAL - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818