HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

PERCY LEVY,

        Defendant.

Cause No.  CR 25-053 JHC

**ORDER CONTINUING TRIAL**

THE COURT has considered Defendant Levy's motion for the continuation of his trial date from June 8, 2026.  Defense Counsel has indicated by way of his motion that he requires additional time to consult with his client and to prepare the case for trial.  The Government and the co-defendant have indicated that they will not oppose this request.  The Court has indicated that it will be available on March 8, 2027, to try the case the parties have agreed to that date.  Based upon Defense Counsel's motion, the Court finds that the ends of justice will be served by

ORDER CONTINUING TRIAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

ordering a continuance in this case, that a continuance is necessary to ensure Defense Counsel sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

THE COURT further finds that the period of time from the date of this order to the new trial date of March 8, 2027, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to March 8, 2027, and the Pre-trial Motions due date is continued to January 25, 2027.

DONE this 30th day of March, 2026.

_____
HON. JOHN H. CHUN
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER CONTINUING TRIAL - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818