UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERCY LEVY,<br><br>Defendant. | NO. CR25-053 JHC<br><br>ORDER TO SEAL EXHIBITS 1-3 |

Having read the Government's Motion to Seal (Dkt. # 127), and because of the sensitive and personal information contained in Exhibits 1 through 3 (Medical Records and Records Related to Medical Records),

It is hereby ORDERED that the Exhibits shall remain sealed.

DATED this 14th day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order to Seal Exhibits 1-3 - 1
*United States v. Levy* / CR25-053 JHC