UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>PERCY LEVY,<br><br>     Defendant. | Cause No.  25-053 JHC<br><br>**ORDER SEALING DOCUMENTS SUBPOENA MOTION** |

The Defendant has filed a motion permitting him to file a motion, declaration and order to the Washinton Department of Corrections ex parte and order seal.  Dkt. # 134.  The motion is unopposed.  Criminal Rule 17(b) permits the motion to be filed ex parte and defense counsel represents that the motion contains information protected by the work product doctrine.  The Court finds good cause for Defendant's request, GRANTS the motion, and ORDERS that the motion, declaration, and order may be filed ex parte.  It further DIRECTS the Clerk to file these documents under seal.

     //

ORDER SEALING DOCUMENTS
SUBPOENA MOTION - 1

DONE this 30th day of June, 2026

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS
SUBPOENA MOTION - 2