UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-053-JHC-01 |
| Plaintiff | |
| v. | **ORDER TO SEAL** |
| PERCY LEVY, | |
| Defendant. | |

The Court, having reviewed the record in this matter, finds a compelling reason to seal Exhibit A to the United States' Response to Defendant's Motion for Temporary Release from Detention due to the personal identifying and sensitive material contained therein.

Accordingly, the Court GRANTS the Motion to Seal, Dkt. # 141, and orders Exhibit A to remain sealed.

IT IS SO ORDERED.

DATED this 6th day of July, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge

Order to Seal - 1
*United States v. Smith,* CR25-053-JHC-03