UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PERCY LEVY,<br>Defendant. | Cause No. 25-053 JHC<br>**ORDER SEALING DOCUMENTS SUBPOENA MOTION** |

The Defendant has filed a motion permitting him to file a motion, declaration and order to Block, Inc. ex parte and order seal. Dkt. # 147. Local Criminal Rule 17(b) permits the motion to be filed ex parte and defense counsel represents that the motion contains information protected by the work product doctrine. The Court finds good cause tor the Defendant's request and it is hereby ordered that the motion, declaration and order may be filed ex parte and the Clerk is directed to file them under seal.

//

//

//

DONE this 3rd day of July, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE